**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1232-DDD-TPO

**TAMMY JOHNSON,**

Plaintiff,

v.

**TK ELEVATOR CORPORATION, a Delaware Corporation**

Defendant.

_____

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

Plaintiff Tammy Johnson ("Plaintiff") and Defendant TK Elevator Corporation ("Defendant"), through their undersigned counsel, hereby submit this Joint Stipulation for Dismissal with Prejudice, and state:

1. Plaintiff and Defendant, through their respective undersigned counsel, hereby stipulate that all claims that were or could have been asserted by the Plaintiff against the Defendant in this action have been settled and compromised.

2. Plaintiff's claims against Defendant may be dismissed, with prejudice, each party to bear their own costs and fees.

3. The Parties request that the Court enter this Stipulation as its own Order.

Respectfully submitted this 6th day of August 2025.

| THE GOLD LAW FIRM, LLC | HALL & EVANS |
|---|---|
| BY: */s/Lars F. Bergstrom* | BY: s/ *Conor P. Boyle*   [swp] |
|    Gregory A. Gold |    Conor P. Boyle |
|    Lars F. Bergstrom, Of Counsel |    1001 17th Street, Suite 300 |
|    The Gold Law Firm, LLC |    Denver, CO 80202 |
|    7375 East Orchard Road, Suite 300 |    Tel.: (303) 628-3300 |
|    Greenwood Village, CO  80111 |    Fax: (303) 628-3368 |
|    Telephone: (303) 694-4653 |    Email: boylec@hallevans.com |
|    Fax: (303) 468-6155 |    *Attorneys for Defendant TKE* |
|    *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of August 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF system and served upon the parties as follows:

VIA ECF

Conor P. Boyle
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax:(303) 628-3368
boylec@hallevans.com
*Attorneys for Defendant TK Elevator Corporation*

                                                          */s/ Shaun Kirby*
                                                           Shaun Kirby, Paralegal